Curriculum Vitae
Medical

Name:            Stephen H. Shogan

Date of Birth:   November 10, 1950

Place of Birth:  Detroit, Michigan

Marital Status:  Married to Jessie Margedant with children, David, Alec and Lindsay

Education:
    High School:    Cass Technical High School, Detroit, Michigan 1965-1968
    Undergraduate:  University of Michigan, Ann Arbor, Michigan 1968-1972
                    B.S. Degree received with high distinction
    Professional:   University of Michigan Medical School, Ann Arbor, Michigan 1972-1976
                    M.D. degree received
                    Internship in General Surgery, University of Michigan Medical Center, Ann Arbor, Michigan 1976-1977
                    Residency in Neurosurgery, University of Michigan Medical Center, Ann Arbor, Michigan 1977-1982

Professional Positions:
    July 1982-July 1984 – Assistant Professor of Neurosurgery
        University of Colorado Health Sciences Center
        Medical Co-Director, Neurology-Neurosurgery Intensive Care Unit, Denver General Hospital
    August 1984-Present – Assistant Clinical Professor of Neurosurgery
        University of Colorado Health Sciences Center
        Chief, Division of Neurosurgery, Rose Medical Center
    January 1993-January 1995 – Medical Staff President, Rose Medical Center

Certification and Licensures:
    Diplomat American Board of Neurological Surgeon 1985
    Diplomat National Board of Medical Examiner 1977
    Medical Licensure State of Colorado
    Medical Licensure State of Wyoming

Professional Organization:
    Member, Colorado Neurosurgical Society
    Member, Denver Medical Society

Honors and Awards:
    Undergraduate College:
        William Branstrom Freshman Prize for Scholarship, 1969
        Graduate with High Distinction, 1972

Other Organizations and Activities:
    Board of Trustees, Rose Medical Center, 1988-1994
    State of Colorado, Workers Compensation Conversion Task Force, 1988-1989
    Colorado Guardianship Task Force, 1989

BIBLIOGRAPHY

Shogan, S.H., Kindt, G.W.: Injuries of the Head and Spinal Cord. In The Management of Trauma, 4th Edition, Zuidema, G.D., Ritjerfprd. R.B., and Ballinger, W.R., eds. Philadelphia: W.B. Saunders, July 1984

Shogan, S.H..: Review of Ojemann, R and Crowell, R., Surgical Management of Cerebrovascular Disease, Williams and Wilins, 1983, and annuals of Surgery, September 1983.