# - EXHIBIT B -

## MARK L. GUILFORD

23 Inverness Way East #102, Englewood, CO 80112
303.495.5191 |   M.GUILFORD@ACCUMEDINTEL.COM

PROFILE:

Finance and data analysis professional with extensive experience in statistical analysis and data transparency. Nine years spent in investment banking working with public and private companies on everything from IPOs and M&A to debt financings and project finance. Founded an advisory firm in 2010 with two partners to provide financial analysis and advisory services to middle market companies. Immediately prior to AccuMed, worked at Newmont Mining as the Senior Manager of Projects Planning & Analysis.

PROFESSIONAL EXPERIENCE:

AccuMed HealthCare Research, LLC — Chief Executive Officer
*Denver, Colorado* — *July 2018 – Present*
Chief Operating Officer
*July 2015 – July 2018*

- AccuMed is a data analytics company that uses historical medical billing data to accurately estimate the billed charges of patients' future medical needs. The company also provides analysis of reasonable value of prior medical care on a patient-by-patient basis.
- As Chief Executive Officer, I am responsible for all day-to-day operations including data aggregation, analysis methodologies and assumptions, and product development.

Newmont Mining Corporation — Senior Manager – Projects Planning & Analysis
*Greenwood Village, Colorado* — *December 2014 – July 2015*
Finance & Strategy Manager – Guiana Shield / Merian Mine
*September 2013 – December 2014*
Finance & Strategy Business Partner – APAC, South America and Africa
*September 2012 – September 2013*
Strategic Planning Specialist
*April 2012 – September 2012*

- Worked with project directors and regional leadership on major capital projects ($100 million to $6 billion) to develop new mines and form an investment thesis that supports the Company's strategic and financial goals. Project development and planning includes acquiring a full understanding of financial planning and analysis, stochastic modeling (i.e. statistical probabilities of potential outcomes), local tax and accounting rules, permits and project agreements, in-country social and environmental dynamics, and resource and mine models.
- Worked on the development and construction of Merian gold mine, a $950 million gold mine located in eastern Suriname. I also built Newmont's Investment Evaluation Model that is now the standard model to evaluate all new projects company-wide.
- Skills included working with project directors and regional leadership to produce financial models, statistical probabilities of key metric outcomes, authorizations for expenditures (AFEs), presentations and memorandums presentable to the Newmont's Executive Leadership and Board of Directors that demonstrate the financial merits (e.g. NPV, IRR, Payback, etc.) of projects as well as their strategic fit in the Company.

Denver Energy Group, LLC                                                                                        Vice President / Principal
*Denver, Colorado*                                                                                              *September 2010 – April 2012*

- Founded company, along with two partners, in 2010 with the purpose of providing financial advisory services to middle-market companies. Primary duties include sourcing and executing transactions for energy-related companies with enterprise values ranging from $15 to $400 million. In addition to these duties, I lead company-related responsibilities such as employee compensation and advancement, bookkeeping, and compliance.

- Types of transactions included M&A advisories, project financings of energy infrastructure assets, equity and debt capital raises, monetization of tax credits through tax equity financings, and general financial advisory services.

Headwaters | MB                                                                             Vice President / Principal – Mergers & Acquisitions
*Denver, Colorado*                                                                                              *March 2008 – September 2010*
                                                                                                          Analyst – Mergers & Acquisitions
                                                                                                          *September 2005 – March 2008*

- Worked in several industry groups including Consumer Products, Building Products and Energy & Clean Tech providing M&A advisory services, equity and debt capital raises and general financial advisory services.
- The execution of these deals involved complete and thorough company due diligence, knowledge of the capital markets and target buyer universes, extensive financial modeling and valuation work, document negotiation, and the development of marketing materials such as detailed offering memorandums.

Roth Capital Partners, LLC                                                           Analyst – Corporate Finance / Mergers & Acquisitions
*Newport Beach, California*                                                                                     *August 2003 – August 2005*

- Worked on PIPE transactions, follow-on offerings, initial public offerings, and fairness opinions.
- Researched, analyzed, and opined, from a financial point of view, on mergers and acquisitions involving both public and private companies.
- In executing these deals, I developed financial models and analyses such as comparable company analysis, precedent transaction analysis, DCF, discount rate derivation, dilution analysis, and various merger models.

---

EDUCATION:          + University of Colorado *Boulder, Colorado*
                       Leeds School of Business
                       Bachelor of Science, May 2003
                       Major: Finance
                       Honors: Certificate of Excellence in Entrepreneurial Studies

                    + Colorado School of Mines Golden, Colorado
                       Division of Economics & Business
                       Master of Science, Engineering & Technology Management
                       Completed 12 of 30 credits, 2014 to 2015

## PRIOR TESTIMONY AND DEPOSITIONS

| Case | Date | Type | On Behalf Of | District | Case Number |
|---|---|---|---|---|---|
| Gary Nowlen v. Lindsey A. Dudley | June 28, 2016 | Trial Testimony | Plaintiff | Denver County, CO | 2015CV32580 |
| Tomasz Dubert v. Casey Ferguson | October 19, 2016 | Trial Testimony | Plaintiff | Summit County, CO | 2015CV030110 |
| Barbara Calahatian v. Debbie Lindsay Et Al | November 1, 2016 | Trial Testimony | Plaintiff | Arapahoe County, CO | 2015CV32033 |
| Dustin Gorton v. Mary L. Haerr Gillum | August 8, 2017 | Deposition | Plaintiff | Arapahoe County, CO | 2016CV032715 |
| Allen Roach v. Kiewit New Mexico, CO. and Bridgette Quintero | August 17, 2017 | Trial Testimony | Plaintiff | Douglas County, CO | 2015CV31106 |
| Sherri Davis v. Stephanie Barton and Chelsea Honzell | October 31, 2017 | Trial Testimony | Plaintiff | Arapahoe County, CO | 2016CV032809 |
| Francisco Guerra v. Ian H. Agneberg | November 28, 2017 | Deposition | Plaintiff | Denver County, CO | 2016CV034635 |
| Christina Gardner v. Pamela Dechant | December 14, 2017 | Deposition | Plaintiff | Weld Count, CO | 2017CV30222 |
| Rachel Miller v. Nicole Aparicio | January 26, 2018 | Deposition | Plaintiff | Douglas County, CO | 2017CV30616 |
| Cornelius Wright v. Tuk C. Gieswein | May 1, 2018 | Trial Testimony | Plaintiff | Arapahoe County, CO | 2017CV31925 |
| Calvin Moon v. Jill Gooden | May 22, 2018 | Trial Testimony | Plaintiff | Douglas County, CO | 2016CV30907 |
| Karla Stefani v. Carol Tipton | July 11, 2018 | Trial Testimony | Plaintiff | Arapahoe County, CO | 2017CV31743 |
| Nicholas Burklow v. City of Canyon, TX | August 27, 2018 | Trial Testimony | Plaintiff | Randall County, TX | 70600A |
| London Nuzman v. Trevor Obering | August 14, 2018 | Trial Testimony | Plaintiff | Denver County, CO | 17CV31897 |
| Maddox Seibel v. Leslie Oliver | August 14, 2018 | Trial Testimony | Plaintiff | Adams County, CO | 2017CV31461 |
| Michael Doerr v. Allstate | August 24, 2018 | Deposition | Plaintiff | Federal, District of CO | 1:17-CV-2198 |
| Bethany Anderson v. American National Property and Casualty | September 5, 2018 | Deposition | Plaintiff | Federal, District of CO | 17-CV-03016-KMT |

| Velvet Entz v. State Farm Mutual Automobile Insurance Company | October 3, 2018 | Trial Testimony | Plaintiff | Pueblo County, CO | 2016CV30960 |
|---|---|---|---|---|---|
| Jeffery Hutchins v. Michael Young and Colorado Mustang Specialist | November 27, 2018 | Trial Testimony | Plaintiff | Adams County, CO | 18CV30022 |
| Leung, et al v. Aggreko, LLC et al | January 3, 2019 | Deposition | Plaintiff | Gwinnett County, GA | 17C05511-6 |
| Levi Montoya v. Amanda Cosby | March 5, 2019 | Trial Testimony | Plaintiff | Adams County, CO | 2017CV031941 |
| Nikolaus McGannon v. Brittany Irlanda | March 7, 2019 | Evidentiary Hearing | Plaintiff | Jefferson County, CO | 2018CV30882 |
| Valerie Schultz v. Charles Kelsh | March 11, 2019 | Deposition | Plaintiff | Cook County, IL | 2017 L 002692 |
| Hector Velazquez v. Nestle Dreyer's Ice Cream Co. | March 20, 2019 | Deposition | Plaintiff | Federal, District of CO | 18-CV-00886 |
| Regina Frazier v. Janet Garmont | March 28, 2019 | Deposition | Defense | Seminole County, FL | 2014-CA-3364-08-L |
| James Koukas v. Patricia T. Woods | April 2, 2019 | Trial Testimony | Plaintiff | Columbia County, GA | 13CV0568 |
| Regina Frazier v. Janet Rose Garmont | April 19, 2019 | Trial Testimony | Defense | Seminole County, FL | 2104-CA-3364-08-L |
| Nicole Goldberg v. Adriana Alvarez | May 8, 2018 | Deposition | Plaintiff | Cook County, IL | 2018 L 005131 |
| Linda Watts v. Home Depot | July 8, 2019 | Deposition | Plaintiff | Federal, District of CO | 1:1CV01320WJMMEH |
| Nii Okai Aryeetey v. Melanie Knowlden | July 31, 2019 | Trial Testimony | Plaintiff | Boulder County, CO | 2018CV030461 |
| Angela Hackney v. Conn's Appliances | August 14, 2019 | Deposition | Plaintiff | Arapahoe County, CO | 2018CV031190 |
| Paul Skinger v. Weld County Sheriff's Department | August 20, 2019 | Trial Testimony | Plaintiff | Weld County, CO | 2018CV030772 |
| Brian Bilbo v. Sheldon Finkelstein | September 17, 2019 | Deposition | Plaintiff | Federal, State of AZ | V1300CV2017-80299 |
| Daniel Hancock v. James Leprino | September 25, 2019 | Deposition | Plaintiff | Jefferson County, CO | 2018CV31842 |
| Lori Tucker v. Florence Walter | September 26, 2019 | Deposition | Plaintiff | Denver County, CO | 2017CV033298 |
| Patricia Nicholson v. Hong Lu | September 30, 2019 | Deposition | Plaintiff | Cook County, IL | 2018 L 012969 |
| Jose Banuelos v. Adam Mielcarek | October 15, 2019 | Deposition | Plaintiff | Douglas County, CO | 2018CV30581 |
| Stefanie Samaras v. Kara Mikalajunas | October 15, 2019 | Deposition | Plaintiff | Arapahoe County, CO | 2019CV30281 |
| Sharon Rozic v. Reginald Ridlen | October 23, 2019 | Trial Testimony | Plaintiff | Douglas County, CO | 18CV031098 |

| | | | | | |
|---|---|---|---|---|---|
| Sharon Rozic v. Reginald Ridlen | October 15, 2019 | Deposition | Plaintiff | Douglas County, CO | 18CV031098 |
| Lori Tucker v. Florence Walter | October 31, 2019 | Trial Testimony | Plaintiff | Denver County, CO | 2017CV033298 |
| Nicole Goldberg v. Adriana Alavarez | November 11, 2019 | Trial Testimony | Plaintiff | Cook County, IL | 2018 L 005131 |
| April Boyer v. Gwendolyn Hallsmith | December 12, 2019 | Deposition | Plaintiff | Federal, District of CO | 1:18-CV-00485-RMKLM |
| Cinthia Cerrito v. Milk High Coca-Cola, LLC. | December 18, 2019 | Deposition | Plaintiff | Denver County, CO | 2019CV31425 |
| James Taylor v. Rodney Summers | January 13, 2020 | Deposition | Plaintiff | Arapahoe County, CO | 2019CV30344 |
| Jack Rooney v. Allstate | February 4, 2020 | Trial Testimony | Plaintiff | Denver County, CO | 17CV3132 |
| Yulianys Salazar v. Shirley J. Snyder | February 11, 2020 | Trial Testimony | Plaintiff | Lehigh County Court of Common Pleas, PA | 2017-C-3756 |
| Doris Johnson v. United Parcel Service | February 19, 2020 | Deposition | Plaintiff | Arapahoe County, CO | 2019CV31898 |
| Richard Bell v. State Farm | March 6, 2020 | Deposition | Plaintiff | Denver County, CO | 2019CV32099 |
| Arin Vanderheyden v. Adam Burtschi, Andrew Burtschi, Carter True, & Ryan Knotts | April 3, 2020 | Deposition | Plaintiff | Douglas County, CO | 2019CV30487 |
| Michael Brougham v. Schindler Elevator Corporation | May 6, 2020 | Deposition | Plaintiff | Denver County, CO | 2019CV31858 |
| Kimberly LaTour v. O'Meara Volkswagon | September 17, 2020 | Deposition | Plaintiff | Adams County, CO | 2019CV31800 |
| Roberta Zangaris v. Charles Hanson, M.D., and Adam Zangaris | September 30, 2020 | Deposition | Plaintiff | Pueblo County, CO | 2015CV30408 |
| Matthew Rollins v. Silverado Real Estate, LLC | November 24, 2020 | Deposition | Plaintiff | Clark County, NV | A-19-795961-C |
| Dragi Popovski v. Titan Transfer, INC | February 16, 2021 | Deposition | Plaintiff | Laramie County, CO | 20-CV-27-SWS |
| Debbrah Courtney v. Kaitlin Bezold and Berkshire Ins. | February 25, 2021 | Deposition | Plaintiff | Denver County, CO | 2020CV030960 |
| Jacob Orozco v. William Woolfe | March 8, 2021 | Deposition | Plaintiff | Denver County, CO | 2020CV031982 |
| Jonathan Dermon v. David and Pamela Fairley | March 30, 2021 | Trial Testimony | Plaintiff | Douglas County, CO | 2020CV30035 |
| Luis Rosales v. Walmart | April 8, 2021 | Trial Testimony | Plaintiff | Denver County, CO | 2018CV33069 |
| Anne Rice v. Johann Haller | May 13, 2021 | Deposition | Plaintiff | Boulder County, CO | 2020CV30141 |
| Erika Higgins v. Molly Zimmerman | June 10, 2021 | Trial Testimony | Plaintiff | Denver County, CO | 2019CV453 |

| Renee and David Gutekunst v. Vail Summit Resorts | June 14, 2021 | Deposition | Plaintiff | Summit County, CO | 2020CV030072 |
| --- | --- | --- | --- | --- | --- |
| Christopher McGraw v. Cobra Trucking Inc. | June 14, 2021 | Deposition | Plaintiff | Federal, District of CO | 1:20-CV-01032-LTB |
| William Moloney v. Joint Chiropractic | June 24, 2021 | Deposition | Plaintiff | Clark County, NV | A-19-795183-C |
| Arlette Irrazabal v. Jerry Maynard Shipley | June 29, 2021 | Deposition | Plaintiff | Los Angeles County, CA | 20STCV00779 |
| Anna Sietos v. Owners Insurance CO | July 6, 2021 | Deposition | Plaintiff | Federal, District of CO | 1:20-CV-03101-DDD-SKC |
| Allison Foley v. Thomas Van Oss | July 13, 2021 | Trial Testimony | Plaintiff | Douglas County, CO | 2019CV30034 |
| Lori Wareham v. Amanda Barnes | July 14, 2021 | Trial Testimony | Plaintiff | Denver County, CO | 19CV034581 |
| April Robertson v. Ron Wick | July 15, 2021 | Trial Testimony | Plaintiff | Jefferson County, CO | 2019CV31445 |
| Athanasios Hatzaras v. Joseph Hanneman | July 16, 2021 | Deposition | Plaintiff | DuPage County, IL | 2019L000007 |
| Ariana Muniz v. Bonnie Taylor | August 3, 2021 | Deposition | Plaintiff | Riverside County, CA | PSC1901247 |
| Jeffrey Goldstrom, Chelsea Goldstrom and Abbey Goldstrom v. Jorge Dominguez and Allan Goldstrom | August 18, 2021 | Trial Testimony | Plaintiff | Arapahoe County, CO | 2020CV3005 |
| Charis Whan v. Evergreen-Jewell & Vaughn, LLC | September 17, 2021 | Deposition | Plaintiff | Arapahoe County, CO | 2021CV30520 |
| Ariana Muniz Perales v. Bonnie Marie Taylor | September 21, 2021 | Trial Testimony | Plaintiff | Riverside County, CA | PSC1901247 |
| Arabella Lozano v. Mathew Merveldt | November 3, 2021 | Trial Testimony | Plaintiff | El Paso County, CO | 20CV30257 |
| Scott Herbert and Jessica Herbert v. Daniel J. Degan | November 18, 2021 | Trial Testimony | Plaintiff | Douglas County, CO | 20CV30836 |
| James Murphy and Margaret Murphy v. Holman Transportation Services, Inc. | December 1, 2021 | Deposition | Plaintiff | Federal, District of CO | 21CV00585KLM |
| Seward Landaverde v. Jack Duncan Moorman | December 13, 2021 | Trial Testimony | Plaintiff | Denver County, CO | 2020CV30844 |
| Antonio Zamora v. AMB Industry Groups, LLC | January 13, 2022 | Deposition | Plaintiff | Cook County, IL | 2019L012424 |
| Timothy Bowles v. Safeco Insurance Company of America | January 18, 2022 | Deposition | Plaintiff | Federal, District of CO | 1:21-CV-00554-RBJ |
| Craig G. Weisenberger v. Truett-Hurst, Inc. | February 14, 2022 | Deposition | Plaintiff | Federal, District of CO | 1:20-CV-02973-DDD |

| Lorraine Fowler v. SWVP Fort Collins, LLC | February 21, 2022 | Deposition | Plaintiff | Larimer County, CO | 2021CV30082 |
|---|---|---|---|---|---|
| Paul Bambei v. David Cappella and Arapahoe Motors, Inc. | February 23, 2022 | Deposition | Plaintiff | Douglas County, CO | 2020CV030546 |
| Anthony Basil v. Brent Langford | April 5, 2022 | Deposition | Plaintiff | Denver County, CO | 2021CV030087 |
| William Moloney v. The Joint Chiropractic and Eugene Garlick, DC | April 6, 2022 | Trial Testimony | Plaintiff | Clark County, CO | A-19-795183-C |
| Lesley Owens v. United States of America, C. Lewis and Mansfield | April 26, 2022 | Deposition | Plaintiff | Federal, District Court of CO | 20-CV-01094-RBJ-NRN |
| Paul Bambei v. David Cappella and Arapahoe Motors, INC | April 27, 2022 | Trial Testimony | Plaintiff | Douglas County, CO | 2020CV30546 |
| Julie Herrera v. Joseph Lago | May 20, 2022 | Deposition | Plaintiff | Adams County, CO | 2022CV30045 |
| Paula Dechely v. Norman Stacey | June 14, 2022 | Trial Testimony | Plaintiff | Boulder County, CO | 2019CV31015 |
| Brendon Campbell v. Sugey Jurado | July 15, 2022 | Deposition | Plaintiff | Kane County, IL | 19 L 420 |
| Tamera Sult v. Lindsey Chris | July 27, 2022 | Trial Testimony | Plaintiff | Denver County, CO | 2021CV30663 |
| Taylor Brandstetter v. Arise Music Festival & Groove Medical Services | August 15, 2022 | Trial Testimony | Plaintiff | Larimer County, CO | 2020CV30527 |
| Brendon Campbell v. Sugey Jurado and Miguel Jurardo | August 29, 2022 | Deposition | Plaintiff | Kane County, IL | 19 L 420 |
| Kelly Morse v. Eric Eickhorst, DC, Eickhorst Family Chiropractic, Inc. | September 1, 2022 | Deposition | Plaintiff | Cook County, IL | 2019 L 009866 |
| Jennifer Spears v. CNN Lodging LLC | September 29, 2022 | Deposition | Plaintiff | Denver County, CO | 2021CV30062 |
| Deon Griffin v. Chicago Transit Authority and Kelly Boulden | October 4, 2022 | Deposition | Plaintiff | Cook County, IL | 2021-L-002906 |
| Sheila McCombs v. United States of America | October 6, 2022 | Deposition | Plaintiff | Federal, District of CO | 21-cv-00286-LTB-STB |
| James Easton v. State Farm Automobile Insurance Company | October 18, 2022 | Trial Testimony | Plaintiff | Federal, District Court of CO | 1:20-cv-03108 |
| Jahmal Miller v. Mile High et al | October 19, 2022 | Trial Testimony | Plaintiff | Denver County, CO | 20cv03682MEH |
| Lora Thomas v. Rose Olsen | October 25, 2022 | Trial Testimony | Plaintiff | Clear Creek County, CO | 2020CV30033 |

Updated as of October 25, 2022

## PUBLICATIONS

As of this disclosure I have not had any publications.