**Sherry Young, OTR**
Curriculum Vitae
5480 W. 60th Ave. Suite B, Arvada CO  80003
Office 303-202-9090  Cell 303-552-4220

**Education.** Towson State University January 1989; BS in Occupational Therapy

**Licensures.** State of Colorado License # 1091; current and in good standing.

**Certifications.** Registered with the National Board for Certification on Occupational Therapy; certification # 001628. Certified Functional Capacity Evaluator through Roy Matheson and Associates; certification # 900455 in 2000 and 2005.

**Experience.**

**8/13 to Present – Starting Point Rehabilitation Services –** Owner (since 1/15)/manager/primary therapist of out-patient therapy clinic focusing on expert witness services and Functional Capacity Evaluations. This is the only facility in the country providing a 3 day functional capacity format, allowing for more comprehensive evaluation and stronger validity compared to shorter formats. Starting Point uses the most current and up to date research on which to base evaluation procedures during Functional Capacity Evaluations, including a "functional approach" to evaluation which uses a combination of functional work simulation activities, as well as computer-based protocols for the most objective and reliable FCE available. Provides expert witness testimony on a regular basis. Volunteer for the Lower Extremity Worker's Compensation Treatment Guidelines committee.

**6/14 to 12/14 – Bayada Home Health Services –** Treating occupational therapist, providing evaluation and treatment to patients in their home environment. Diagnoses included stroke, orthopedic conditions, generalized weakness due to a variety of medical conditions, and dementia. The main goals of OT services were to ensure safe mobility throughout the house, recommend appropriate adaptive equipment, provide patient and family education, provide strengthening exercises, and ADL management.

**8/13 to Present – Starting Point Rehabilitation Services –** Primary Occupational Therapist providing 1-3 day Functional Capacity Evaluation's for a wide variety of referral sources including doctors, nurse case managers, attorneys, and vocational rehabilitation specialists. Provides expert witness testimony on a regular basis pertaining to an individual's ability to perform activities of daily living and work activities.

**8/12 to 8/13 – Southwest Sport and Spine, LLC --** Hired as sole Occupational Therapist for the largest out-patient therapy clinic in the state of NM as expert in occupational rehabilitation processes. Worked directly with owner and senior staff to develop and implement a comprehensive worker's compensation program, which closely and frequently monitors outcomes, as well as immediate identification of high-risk patients for poor outcomes.  Provided daily therapy to patients with orthopedic, soft tissue, and neurological injuries.  Focused on pre- and post-operative shoulder injuries and conditions, as well as other upper extremity diagnoses. Primary organizer for seminars to provide nurse case managers with continuing education in the area of case management and rehabilitation services, including approval for CEU's. Participated in marketing of occupational therapy services to a wide range of medical providers. Primary therapist providing Functional Capacity Evaluations.

**1/09 to 8/12 – Rehabilitation Hospital of Southern New Mexico –** Staff Occupational Therapist. Responsible for evaluation and treatment services for an adult population with varied neurological and orthopedic conditions following acute hospitalization. Services include evaluation of self-care ability, mobility, home management skills, and leisure activity abilities, followed by treatment modalities to increase level of safety and independence in all functional arenas. Supervise certified OT assistants and students. Member of the neuro-team, assisting in the development and implementation of OT services specific to that population. Act as facilitator, coordinator, and educator for the Parkinson's/Movement Disorder Support Group. Routinely act as mentor to the OT staff and students and assist with the efficacy of the rehabilitation department.

**4/01 to 12/08 – Benisch Therapy, Inc. / Functional Solutions Inc. –** Owner/manager/primary therapist of out-patient clinic, specializing in corporate wellness occupational therapy services operating from up to 3 different clinical sites at a time. Hired and supervised a F-T office manager and up to 4 therapists; leased office space to other health care practitioners, developed/implemented business systems including HR policies, job descriptions, communication systems, financial policies and procedures, employee training modules, and marketing/sales plans. Increased revenue by 30% over 3 year period. Services included hand and upper extremity rehabilitation, general spine rehabilitation, job site evaluations, functional capacity evaluations, injury prevention programs, and cognitive rehabilitation. Worked closely with employers, doctors, and risk managers to facilitate safe and efficient return to work. Provided expert witness testimony in court of law more than 30 times over the last 6 years following administration of functional capacity evaluations/job site evaluations/task analysis evaluations in disability, personal injury, and malpractice cases.

**6/97 to 4/01 Specialized Therapies and Advanced Rehabilitation (S.T.A.R.) –** Owner/primary OT of out-patient clinic. Therapy services were provided largely to an industrial rehabilitation population. This included evaluation and treatment of cervical and upper extremity injuries, as well as functional capacity evaluations, job site evaluations, and task analysis. Provided sub-specialty services in the area of cognitive rehabilitation for clients with mild to moderate brain injuries. Collaborated with business partner in establishing best practices in the realm of OT/PT services, while developing business skill set needed to grow an out-patient clinic.

**1/92 to 6/97 Colorado Rehabilitation Institute (Health ONE)**. Rehabilitation Coordinator of chronic pain program/primary OT. Developed and supervised all rehabilitation services in chronic pain, headache, mild brain injury, injury prevention programs, and industrial injuries. Supervised OT's, PT's, psychotherapist, biofeedback therapist and nurses, responsible for services in the chronic pain program.

**5/90 to 1/92 - Spalding Rehabilitation Hospital -- Staff Occupational Therapist**. Responsible for the evaluation and treatment of patients with a broad range of diagnosis including; CVA, brain injury, MS, and orthopedic conditions.

**4/89 to 5/90- Montebello Rehabilitation Hospital -- Staff Occupational Therapist**. Responsible for evaluation and treatment of clients with spinal cord injuries.

## Presentations
- Presentation: Functional Capacity Evaluations for the Boulder Bar Association, 2001.
- Presented at the International Pain Conference in Madrid, Spain, March 1 &2, 2002 with Barbara Headley, MS, PT, EMS on the use of surface EMG in evaluation and treatment of persons with myofascial pain.
- Presentation: "Office Job Site Evaluations Made Easy" for Colorado Rehab Insurance Nurses Group, May 2003.
- Presentation: "Current Literature Review of Functional Capacity Evaluations and Comparison of Current Systems on the Market" 2004 Colorado Occupational Therapy Association Conference.
- Presentation: "FCE's: Myths and Facts" June 2005 educational seminar, 4 hours
- Multiple presentations on FCE's for doctors and attorneys in 2005 – 2008
- Presentation to attorneys, psychologists, vocational experts on FCEs and mTBI, 1 hour July 2015
- Presentation on FCE's to attorneys and paralegals at Bachus and Schanker, LLC, 1 hour, Denver April 2016
- Presentation "How to Become an Expert Witness" at the OTAC conference 10/15/2021

## Publications
- Neuropsychological Testing Meets Functional Capacity Evaluations: June 30, 20016 Linked-In Article
- Who Can and Should Perform a Functional Capacity Evaluation: March 24, 2016 Linked-In Article
- Functional Capacity Evaluations: How to Evaluate Functional Performance: Attorney at Law Magazine, Denver Edition, Vol. 2, No. 1
- Faker! How Prevalent Faking is in Capacity Evaluations: Attorney at Law Magazine, Denver Edition, Vol. 2, No. 2
- How to Design and Execute a Good FCE: Attorney at Law Magazine, Denver Edition
- Weird Diagnoses (You Need an FCE): Attorney at Law Magazine, Denver Edition
- Pain on Cognition: Attorney at Law Magazine, Denver Edition

## On-Site Rehab Programs
Prior to 2009, provided on-site services that included rehabilitation services, injury prevention/ergonomic classes, post-offer/pre-placement employment screens, and various wellness programs (i.e. golf clinic, rock climbing instruction, nutrition consultations) at Longmont Foods, City of Boulder, Platts Industries, and Boulder County.

List of employers who have used industrial rehabilitation services and programs:
University of Colorado:  job site evaluations and upper extremity treatment
Bonfils Blood Donation Centers: ergonomic and injury prevention programs including instructional videotapes.
Board of Cooperative Education Services/Adams County Schools:  injury prevention classes for paraprofessionals.
Norwest Banks:  Ergonomic Job Site Evaluations
Champion Boxed Beef:  set-up on-site therapy program, which included ergonomic assessments at a meat packing plant.

## Continuing Education

2019-2020
"Advanced Functional Capacity Evaluation Program" (16 hours) Ralph Cheeseman, OT, BPE
Mentoring Program with Roy Matheson, ADAC, on the use of ADAA in Functional Capacity Evaluations (ongoing 1-4 hours per month beginning in January of 2019)

2017-2018
"Behavioral Treatment of Chronic Pain: Evidence-based Techniques to Move People From Hurt to Hope" (6 hours)
"Treating the Shoulder Complex" (6 hours). Michael Gross, PhD, PT, FAPTA
"Cognitive Functional Capacity Evaluation Program" (14hrs) Tania Percy, B.A., OT, CWCE, CFC/LCP

2014-2016
"National Expert Witness Conference" (15 hours). Multiple Presenters.
"Advanced FCE Training (Mastery Series)" (14 hours). Min Trevor Kyi, OTR, CWCE, Dip FCE, CDA
"Life Care Planning (Mastery Series)" (14 hours). Jodi Fischer, OTR, CWCE, CLCP
 "Building a Content Expert & Consulting Practice" (13 hours). Roy Matheson.

2011-2013
"How to Market Occupational Rehabilitation Services" (6 hours) Roy Matheson
"Balance and Vestibular Rehabilitation" (16 hours) Brett Thompson, PT
"The McKenzie Method of Mechanical Diagnosis and Treatment, Part A, Lumbar Spine" Scott Herbowy, PT, Dip.MDT (26 hours)

2009-2010
"Relearning Kinesia Treatment for Parkinson's Disease and Related Movement Disorders" (8 hours) Cross Country Education, Dorian Brown, MA, OTR/L
"Brain Injury Workshop" (4 hours) Ed Cotageorge, Ph. D, ABPN
"Assessing and Treating Progressive Neurological Diseases" (8 hours) Cross Country Education, Stuart Blatt, MA, PT, PhD
"Outpatient Therapy CPT Coding, Billing, and Documentation for Rehabilitation Reimbursement" (8 hours) Cross Country Education, Rick Gawenda, PT
"Treatment of Upper Extremity Dysfunction-NESS H200 Certification (10.5 hours) Heidi Karnofel, DPT
 "Intro to Neuro-IFRAH Approach in the Treatment and Management of Adults with Hemiplegia from a Stroke or Brain Injury" Don Duyenach, OTR (14 hours)

2007-2008
Business and management training; various courses and one on one consulting with Successful Management Solutions, Inc. (144 hours)
"Functional Capacity Evaluation with Traumatic Brain Injury and Concussion" Roy Matheson and Associates (16 hours)
"Post-Offer, Pre-Placement Testing" Roy Matheson and Associates (16 hours)
"Forensic Rehabilitation: An Advanced Workshop on Work Capacity Evaluation" Roy Matheson and Associates (16 hours)
"Electrotherapy and Ultra Sound", Cross Country Education (8 hours)
"Treat the Neck Gently: Non-invasive Therapeutic Techniques for the Neck and Cervical Spine", Cross Country Education (8 hours)

2005-2006
"FCE recertification program" (25 hours) Roy Matheson and Associates
"2005 International Whiplash Trauma Congress" Sponsored by the Spinal Injury Foundation (16 hours)

"Take Back Control of Your Practice" Successful Management Solutions (8 hours)
"Use of Low Level Laser Therapy", RN (3 hours)

## 2000-2004
"Certified Work Capacity Evaluator":  Certification Number 900455. Roy Matheson and Associates. May 2000
"Colorado Traumatic Brain Injury Conference" (Vail, Co., 16 hrs), multiple presenters
"2000 Spine Symposium" (8 hrs), multiple presenters
"Chronic Whiplash" (24) Jim Meadows, PT, FCAMT
"Survival Strategies" (40 hours) Referral Development Program 2000
"Surface EMG" (24 hours) Barbara Headley, PT, CBFT
"Fundamentals of Hand Therapy" (16 hours)
"The Use of ProTens Unit" (16 hours) Bruce Hocking, Doctor of Acupuncture
"2002 Hand Anatomy Course" (4 hours) Dr. Clinkscales and UCHSC orthopedic residents
"New Patient Referral Program" (16 hours) Measurable Solutions
"Management by Statistics" (16 hours) Measurable Solutions
"Program Development" (16 Hours) Measurable Solutions
"Condition Formulas" (16 Hours) Measurable Solutions
"HIPPA Compliance" (8 Hours) Lorman Educational Seminars
"Alternative Compounds and Advances in Iontophoresis" (4 hours)  John Garzione, PT
"Protégé Program with mentoring" Robert G. Allen (one year internship)

## 1995-1999
"Three Systems to the Shoulder Girdle" (16 hours), Sandra Cooper, PT
"Muscle Energy for the Cervical Spine" (16 hours), Pete Emerson, PT
"Spanish Seminar for Health Care Providers" (10 hours), L. Rommereim
"Myofascial Mobilization" (12 hours), Mark Barnes, CMT
"Pathophysiology and Mechanics of the Shoulder" (24 hours), R. Donatelli, Ph.D., PT
"Repetitive Strain Injury: Shoulder, Wrist, and Hand Pain" (15 hours), Witt, Rosenholtz
"Spanish I and II" (24 hours combined), Center for Continued Learning
"Wrist and Elbow Rehab: Strategic Approaches" (15 hours), Debra Smith, PT
"Myofacial Mapping" (8 hours), Rose Haggerty, PT
"Memory" (8 hours), Stuart Zola, Ph.D. Institute for Cortext Research & Development"
"AMA Inclinometry Inservice" (2 hours), Ray Vigil, MS, PT
"Functional Capacity Evaluation Residency Program", (5 days), Roy Matheson
"Ergonomic Work Site Evaluations, Essential Job Functions, and Functional Descriptions" (5.5 hours) BEST Associates, Ray Bello MS, CDE, CIE
"Spinal Mobilization" (16 hrs) Joanna McCreight, PT (Manual Therapy Seminars)

## 1990-1994
"Introduction to Neurodevelopmental Treatment" (16 hours), Jan Davis, OTR
"Shoulder Management" (16 hours), Jennifer Wiess, PT
"BTE Work Simulator" (8 hours), BTE, Inc.
"What Every Rehab Professional Should Know About the ADA" (12 hours)
 B. Kornblau, JD, OTR, M.Ellexson, MBA, OTR, FAOTA
"Performing an Accurate Job Analysis" (12 hours), Kathy Langford, OTR, CWCC
"Upper Extremity Tract" New Mexico O.T. Conference (16 hours)
"Surgery and Rehabilitation of the Hand" (31 hours), Philadelphia Hand Conference
"Six Series Course in Manual Therapy" (12 hours), Pete Emerson, PT